TIMOTHY J. RACICOT
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine Street
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: Tim.Racicot2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED
BILLINGS DIV.
2010 NOV 22 AM 9 20
BY _____
        DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 10-24-BU-DWM |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE (Count I) |
| CHANCE JUSTIN WILHELM, and JESSICA RENE PLANT, | Title 21 U.S.C. § 846 (Penalty: Mandatory minimum ten years to life imprisonment, $4,000,000 fine, and at least five years supervised release) |
| Defendants. | |

|   | FELON IN POSSESSION OF A FIREARM (Count II) Title 18 U.S.C. § 922(g)(1) (Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |
|---|---|
|   | TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS |

THE GRAND JURY CHARGES:

## COUNT I

Beginning in approximately February 2009, and continuing until approximately January 2010, in Silver Bow County, in the State and District of Montana, and other places, the defendants, CHANCE JUSTIN WILHELM and JESSICA RENE PLANT, knowingly and unlawfully conspired with each other and with other persons, both known and unknown to the Grand Jury, to distribute, in violation of 21 U.S.C. § 841(a)(1), 500 grams or more of a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

That on or about November 1, 2009, at Butte, in the State and District of Montana, the defendant, CHANCE JUSTIN WILHELM, having been convicted on or about August 20, 2004, of a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Montana, did knowingly possess, in and affecting interstate or foreign commerce, a firearm, that being a Taurus, 9mm pistol, in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL.

FOREPERSON

MICHAEL W. COTTER
United States Attorney
Attorney for Plaintiff

Crim. Summons
Warrant: ✓ (both dfts)
Bail: none set.

KRIS A. McLEAN
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff