IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHANCE JUSTIN WILHELM,<br><br>Defendant. | CR 10–24–BU–DWM<br><br><br><br>NOTICE |

In anticipation of the revocation set for August 24, 2023, the Court provides notice that it is contemplating imposing an upward variance in the defendant's custodial time. *Cf.* Fed. R. Crim. P. 32(h). Such a variance is contemplated in light of the history and characteristics of the defendant, the need to provide specific deterrence, and the need to protect the public from further crimes. *See* 18 U.S.C. § 3553(a); *United States v. Miqbel*, 444 F.3d 1173, 1181–82 (9th Cir. 2006).

DATED this 22nd day of August, 2023.

_____
Donald W. Molloy, District Judge
United States District Court